U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG 14 2024

FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. CR124-048 |
| | ) |
| v. | ) 26 U.S.C. § 7206(1) |
| | ) Filing of False Income Tax Return |
| ROBERT FULTON | ) |
| | ) 26 U.S.C. § 7206(2) |
| | ) Aiding and Assisting in the Filing of |
| | ) False Income Tax Return |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Filing of False Income Tax Return*
26 U.S.C. § 7206(1)

On or about March 5, 2023, in the Southern District of Georgia and elsewhere,

### ROBERT FULTON

willfully made and subscribed a U.S. Individual Income Tax Return, Form 1040, along with accompanying schedules, for calendar year 2022, which was verified by a written declaration that it was made under the penalties of perjury and which **ROBERT FULTON** did not believe to be true and correct as to every material matter. That Form 1040 falsely reported $36,333 in Federal fuel tax credits, $98,541 in Schedule C gross receipts or sales and $38,562 in cost of goods sold, and $36,867 in other expenses for a "general freight" business; and falsely reported a $28,228 tax refund, whereas, as **ROBERT FULTON** then and there well knew and believed that those items, as reported, were false.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO
*Aiding and Assisting in the Filing of False Income Tax Return*
26 U.S.C. § 7206(2)

On or about March 23, 2023, in the Southern District of Georgia and elsewhere,

### ROBERT FULTON

willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, along with accompanying schedules, for an individual identified herein as "Client WB" for calendar year 2022, which was false and fraudulent as to material matters, in that the Form 1040 falsely reported $27,123 in Federal fuel tax credits, $48,251 in Schedule C gross receipts or sales, $38,211 in cost of goods sold, and $38,390 in other expenses; and falsely reported a $32,051 tax refund, whereas, as **ROBERT FULTON** then and there well knew and believed that those items, as reported, were false.

All in violation of Title 26, United States Code, Section 7206(2).

_____
Matthew A Josephson
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
George J.C. Jacobs, III
Assistant United States Attorney
*Lead Counsel